# QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
2001 BRYAN STREET, SUITE 1800
DALLAS, TEXAS 75201

MICHAEL FEILER
mfeiler@qslwm.com

Phone:   (214) 880-1894
Fax:   (214) 871-2111

September 28, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*The request is GRANTED.  The parties shall adhere to the deadlines set forth in the Amended Civil Case Management Plan and Scheduling Order to be docketed forthwith.*

**SO ORDERED.**

*Dated:  September 28, 2023
New York, New York*

**JENNIFER L. ROCHON
United States District Judge**

Re:   ***Esplanade 2018 Partners, LLC v. Mt. Hawley Insurance Company
1:23-cv-03592-JLR***

Dear Judge Rochon:

Esplanade 2018 Partners, LLC ("Plaintiff") and Mt. Hawley Insurance Company ("Mt. Hawley") (Plaintiff and Mt. Hawley the "Parties") write jointly to request a Revised Scheduling Order.

## Background

By way of brief background, this case involves a claim for damage to Plaintiff's office building in Metairie, Louisiana, as a result of Hurricane Ida, which occurred on or about August 29, 2021.  Mt. Hawley issued a policy of commercial property insurance to Plaintiff, which, subject to all terms, conditions, limitations, and exclusions, provided coverage for damage to Plaintiff's building.

On April 28, 2023, Mt. Hawley's motion to transfer venue was granted and this case was transferred to this Court.

On June 24, 2023, the Court entered its Civil Case Management Plan and Scheduling Order (Doc. 39).

The Parties have diligently pursued discovery in this case, including exchanging written discovery and serving subpoenas duces tecum on relevant third parties, including the Parties' respective representatives and consultants.  The Parties have also been working together to schedule depositions of their respective 30(b)(6) representatives and consultants.  However, due to several circumstances, the Parties have not yet been able to complete fact-witness depositions, including of their respective representatives, contractors, and consultants.  These circumstances

The Honorable Jennifer L. Rochon
September 28, 2023
Page **2** of **3**

include the late-August 2023 filing deadline for Hurricane Ida claims, and the large volume of claims that Mt. Hawley has received, and continues to receive, as a result of the wildfire disaster in Hawaii.  These circumstances have combined to limit the availability of counsel and witnesses for depositions in this case.

The Court's June 24, 2023, Scheduling Order provides the following unexpired deadlines, for which the Parties request a brief, three-month extension:

7.      Fact Discovery

    d.      Depositions shall be completed not later than October 13, 2023.

    e.      All Fact discovery shall be completed no later than October 13, 2023.

8.      Expert Discovery, if any

    a.      Plaintiff's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than October 27, 2023.

    b.      Defendant's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than November 10, 2023.

    c.      All expert discovery, including expert reports and depositions, shall be completed no later than November 29, 2023.

12.     All discovery must be completed no later than November 29, 2023.

Given the issues discussed above, the Parties believe there is good cause to revise the current Scheduling order and respectfully request a three-month extension of all pending deadlines. The Parties also request an additional twenty-six days for the deadline to complete expert discovery in order for the parties to have time to prepare any rebuttal reports or depositions. The Parties have enclosed herewith a proposed Revised Civil Case Management Plan and Scheduling Order providing the following deadlines:

7.      Fact Discovery

    d.      Depositions shall be completed not later than January 13, 2024.

    e.      All Fact discovery shall be completed no later than January 13, 2024.

8.      Expert Discovery, if any

    a.      Plaintiff's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than January 27, 2023.

    b.      Defendant's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than February 10, 2024.

The Honorable Jennifer L. Rochon
September 28, 2023
Page **3** of **3**

       c.     All expert discovery, including expert reports and depositions, shall be completed no later than March 26, 2024.

12.    All discovery must be completed no later than March 26, 2024.

This is the first request for modification of the Scheduling Order by either of the Parties, and is made not for delay only, but so that the Parties can appropriately prepare this case for trial, and so that justice may be done.

We appreciate the Court's consideration.

Respectfully submitted,

**RIESS LEMIEUX, LLC**           **QUILLING SELANDER LOWNDS WINLSETT & MOSER, PC**

By*: /s/Michael R.C. Riess*_____    By: __*/s/Michael D. Feiler*_____

    Michael R.C. Riess, Esq. (*pro hac vice*)    Michael D. Feiler (*pro hac vice*)
    1100 Poydras Street, Suite 110    2001 Bryan Street, Suite 1800
    New Orleans, Louisiana 70163    Dallas, TX 75201
    Phone: (504)581-3300    Phone: (212) 968-2300
    Email: mriess@rllaw.com    Email: mfeiler@qslwm.com
    Counsel for Plaintiff    Counsel for Defendant

cc: All Counsel of Record ***Via ECF***