UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPLANADE 2018 PARTNERS, LLC,<br><br>                              Plaintiff,<br><br>                v.<br><br>MT HAWLEY INS. CO.,<br><br>                              Defendant. | 23-CV-3592 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  The pretrial conference scheduled for **April 16, 2024, at 10:00 A.M.**, will now be held via Microsoft Teams phone conference.  The parties should join the conference by calling the Court's conference line at (646) 453-4442 and using the access code: 939 743 417, followed by the pound (#) key.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 16, 2023
       New York, New York

                                                        DALE E. HO
                                            United States District Judge