```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESPLANADE 2018 PARTNERS, LLC,            :
                                         :
                    Plaintiff,           :   ORDER
                                         :
         -v-                             :   23-CV-3592 (DEH) (HJR)
                                         :
MT. HAWLEY INS. CO.,                     :
                                         :
                    Defendants.          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 10, 2024, this case was referred to me for settlement. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or the pro se litigant if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

Dated: September 11, 2024
       New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge