UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esplanade 2018 Partners, LLC,
Plaintiff,

v.

Mt. Hawley Insurance Company,
Defendant.

23-CV-3592 (DEH)

ORDER

DALE E. HO, United States District Judge:

On April 10, 2026, the parties submitted a joint status letter notifying the Court that a settlement agreement has been reached and executed in this case. ECF No. 144. The parties represented to the Court that they would submit a joint stipulation of voluntary dismissal upon receipt of settlement payment. No such stipulation has been filed.

In light of the parties' execution of a final settlement agreement five months ago resolving the parties' claims, the Court hereby **ORDERS** that the above-entitled action be **DISMISSED** without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement has not been consummated.

To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per the Court's Individual Rule No. 7, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 23, 2026
New York, New York

DALE E. HO
United States District Judge